UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KAREN MCDOUGAL,

    *Plaintiff,*

v.

    Case No. _____

FOX NEWS NETWORK, LLC,

    *Defendant.*

## **DEFENDANT FOX NEWS NETWORK, LLC's RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fox News Network, LLC states:

1. Fox News Network, LLC is directly, wholly-owned by Fox Television Stations, LLC, which is directly, wholly-owned by Fox Television Holdings, LLC, which is directly, wholly-owned by Foxcorp Holdings LLC, which is directly, wholly-owned by Fox Corporation, which is the ultimate parent and is publicly held. All of the aforementioned entities except Fox Corporation are privately held.

2. No publicly held corporation other than Fox Corporation owns ten percent or more of Fox News Network, LLC.

FOX NEWS NETWORK, LLC

By Counsel:

/s/ Shawn Patrick Regan
Shawn Patrick Regan
HUNTON ANDREWS KURTH LLP
200 Park Avenue, 52nd Floor
New York, NY 10166
Tel: 212-309-1046
Email: sregan@HuntonAK.com

Elbert Lin (*pro hac vice* forthcoming)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW Suite 900

        Washington, DC 20037-1701
        Tel: 202-955-1548
        Email: elin@HuntonAK.com

        David Parker (*pro hac vice* forthcoming)
        HUNTON ANDREWS KURTH LLP
        951 E. Byrd Street
        Richmond, VA 23219
        Tel: 804-788-8718
        Email: dparker@HuntonAK.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December 2019, I caused to be served email and U.S. Mail the foregoing on the individuals listed below:

Eric R. Bernstein, P.C.
260 Madison Avenue, 18th Floor
New York, NY 10016
Email: ebernstein@nylegaljustice.com

*Counsel for Plaintiff Karen McDougal*

_____
Shawn Patrick Regan