

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

SHAWN PATRICK REGAN
DIRECT DIAL: 212 • 309 • 1046
EMAIL: sregan@HuntonAK.com

December 19, 2019

FILE NO: 121636.02

**By ECF**

Hon. Jesse M. Furman, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *Karen McDougal v. Fox News Network, LLC*, 1:19-CV-11161 (JMF)

Dear Judge Furman:

   Earlier today we filed an Amended Notice of Removal (ECF No. 12) in this case.

   For convenience, we write to explain briefly the differences between this Amended Notice and the original Notice of Removal (ECF No. 1). Paragraph 4 has been amended to delineate the citizenship of Fox News LLC, pursuant to Local Rule 81.1. And paragraphs 1, 3 and 7 have been amended consistent with the fact that the relevant time for assessing facts referenced in those paragraphs is the time of removal (not today's date).

                                        Respectfully submitted,

                                        Shawn Patrick Regan

cc:  Counsel of record