UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAREN MCDOUGAL,

                Plaintiff,

     -against-                                   19 **CIVIL** 11161 (MKV)

## JUDGMENT

FOX NEWS NETWORK, LLC,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 23, 2020, Plaintiff Karen McDougal claims to have been defamed by accusations of "extortion" leveled at her by Tucker Carlson on Defendant Fox News Network's broadcast. However, as described herein, Ms. McDougal has not offered a plausible interpretation that the statements Mr. Carlson made, when read in context, are statements of fact. The Court concludes that the statements are rhetorical hyperbole and opinion commentary intended to frame a political debate, and, as such, are not actionable as defamation. In addition, as a public figure, Ms. McDougal must raise a plausible inference of actual malice to sustain her defamation claim. She has failed to do so. The Amended Complaint offers only conclusory allegations about Mr. Carlson's alleged biases and otherwise pursues theories that are pre-empted by long-standing precedent. For these reasons, Defendant Fox News's Motion to Dismiss the Amended Complaint [ECF #28] is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
            September 24, 2020

                                                              **RUBY J. KRAJICK**

                                                               _____

                                                                    **Clerk of Court**
                                         **BY:**

                                                                         **Deputy Clerk**